UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE-ABRAN GARCIA,<br><br>　　Plaintiff<br><br>v.<br><br>KEN FURLONG, et. al.,<br><br>　　Defendants | Case No.: 3:21-cv-00421-MMD-WGC<br><br>**Order**<br><br>Re: ECF No. 5 |

Plaintiff has filed an application to proceed *in forma pauperis* (IFP) for an inmate (ECF No. 5); however, Plaintiff does not list an address that demonstrates he is incarcerated or institutionalized. Therefore, Plaintiff's IFP application (ECF No. 5) is **DENIED WITHOUT PREJUDICE**. The Clerk shall **SEND** Plaintiff the application to proceed IFP for a non-inmate. Plaintiff has **30 days** from the date of this Order to file the completed IFP application the correct form or pay the $402 filing fee ($350 filing fee and $52 administrative fee). Plaintiff is advised that a failure to timely do so may result in the dismissal of this action.

**IT IS SO ORDERED**.

Dated: January 5, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　William G. Cobb
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge