UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KYLE-ABRAN GARCIA,<br><br>    Plaintiff<br><br>v.<br><br>KEN FURLONG, et al.,<br><br>    Defendants | Case No.: 3:21-cv-00421-MMD -CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge** |

This Report and Recommendation is made to the Honorable Miranda M. Du, Chief United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

Plaintiff filed an application to proceed *in forma pauperis* (IFP) and pro se civil rights complaint. (ECF Nos. 1-1.)

On January 24, 2022, the court issued an order granting Plaintiff's IFP application, and dismissing his complaint with leave to amend. Plaintiff was given 30 days to file an amended complaint, and was cautioned that failure to timely file an amended complaint may result in dismissal of this action. (ECF No. 8.)

To date, Plaintiff has not filed an amended complaint. Therefore, this action should be dismissed.

**RECOMMENDATION**

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** this action as a result of Plaintiff's failure to timely file an amended complaint.

Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 1, 2022

_____
Craig S. Denney
United States Magistrate Judge